**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jose A Lemus | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Nora Lemus | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): 6:17-bk-12498-MJ

■ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
- ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
- ■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** | **Ally Financial**<br>Creditor's Name<br><br>200 Renaissance Ctr<br>Detroit, MI 48243<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**2015 Dodge Journey 10000 miles**<br>**In Debtor's name only**<br>**Debtor's son possesses, makes**<br>**payments and insures vehicle**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,010.00 | $25,000.00 | $10.00 |

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred: **Opened 03/16  Last Active 2/01/17**

Last 4 digits of account number: **3345**

| | | | | | |
|---|---|---|---|---|---|
| **2.2** | **Navy Federal Cr Union**<br>Creditor's Name<br><br>Po Box 3700<br>Merrifield, VA 22119<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**2012 Nissan Sentra 92000 miles**<br>**Location: 45035 Bronze Star Rd.,**<br>**Lake Elsinore CA 92532**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,500.00 | $8,500.00 | $3,000.00 |

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit

| Debtor 1 | **Jose A Lemus** | | Case number (if know) | **6:17-bk-12498-MJ** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |
| Debtor 2 | **Nora Lemus** | | | |
| | First Name   Middle Name   Last Name | | | |

■ **Check if this claim relates to a community debt**    ☐ Other (including a right to offset) _____

| Date debt was incurred | **Opened 08/15 Last Active 2/28/17** | Last 4 digits of account number | **2520** | | |
|---|---|---|---|---|---|

| 2.3 | **Rosetta Canyon Comm Assoc** | Describe the property that secures the claim: | $0.00 | $328,853.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **45035 Bronze Star Rd. Lake Elsinore, CA 92532  Riverside County** | | | |
| | **c/o Avalon Management 31608 Railroad Canyon Rd Sun City, CA 92587** | As of the date you file, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |
| | Number, Street, City, State & Zip Code | | | | |

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Home Owners Association**

■ **Check if this claim relates to a community debt**

| Date debt was incurred | | Last 4 digits of account number | | | |
|---|---|---|---|---|---|

| 2.4 | **Wells Fargo Hm Mortgag** | Describe the property that secures the claim: | $336,317.00 | $328,853.00 | $7,464.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **45035 Bronze Star Rd. Lake Elsinore, CA 92532  Riverside County** | | | |
| | **8480 Stagecoach Cir Frederick, MD 21701** | As of the date you file, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |
| | Number, Street, City, State & Zip Code | | | | |

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

■ **Check if this claim relates to a community debt**

| Date debt was incurred | **Opened 4/11/07 Last Active 11/13/15** | Last 4 digits of account number | **3389** |
|---|---|---|---|

| Add the dollar value of your entries in Column A on this page. Write that number here: | $372,827.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $372,827.00 |

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any

| Debtor 1 | **Jose A Lemus** | | | Case number (if know) | **6:17-bk-12498-MJ** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Nora Lemus** | | | | |
| | First Name | Middle Name | Last Name | | |

debts in Part 1, do not fill out or submit this page.

```
Jose A Lemus
45035 Bronze Star Rd.
Lake Elsinore, CA 92532


Nora Lemus
45035 Bronze Star Rd.
Lake Elsinore, CA 92532


Tawni Takagi, Esq.
Law Office of Tawni Takagi
22148 Sherman Way, Ste 206
Canoga Park, CA 91303-1145


Ally Financial
200 Renaissance Ctr
Detroit, MI 48243


Barclays Bank Delaware
Po Box 8803
Wilmington, DE 19899


Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238


Ccs/first Savings Bank
500 East 60th St North
Sioux Falls, SD 57104


Navy Federal Cr Union
Po Box 3700
Merrifield, VA 22119
```

```
Quality Loan Service Corp
411 Ivy Street
San Diego, CA 92101


Rosetta Canyon Comm Assoc
c/o Avalon Management
31608 Railroad Canyon Rd
Sun City, CA 92587


Syncb/walmart
Po Box 965024
Orlando, FL 32896


Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440


Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701
```